AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Misael Fabian MEDINA | ) Case No. |
| | ) 22-MJ-8107-PGL |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 3, 2022  in the county of  Middlesex  in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591(a)(1), (b)(1), 1594(a) | Attempted Sex Trafficking of a Child |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent, Lina Awad, HSI attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1

Lina Awad, Special Agent, HSI
*Printed name and title*

Date: 11/03/2022

*Judge's signature*

City and state:  Boston, Massachusetts    Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*