22-MJ-8107-PGL

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Lina Awad, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1. I am a Special Agent with United States Immigration and Customs Enforcement's Homeland Security Investigations ("HSI") and have been so employed since February 2009. I am currently assigned to the Office of the Special-Agent-in-Charge, Boston, Massachusetts. I am authorized to investigate crimes involving violations of Title 18, Title 8, Title 19, and Title 21 of the United States Code. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent. Specifically, I have received certification in the Criminal Investigator Training Program and the ICE Special Agent Training Program. I have received training relating to the trafficking in persons, including sex trafficking, and other offenses.

2. I have participated in investigations of human trafficking, human smuggling, alien harboring, border violations, drug and firearm trafficking, and related offenses. Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies. I have debriefed, and continue to debrief, defendants, informants, and witnesses who have personal knowledge about human trafficking, including sex trafficking, and other crimes occurring in Massachusetts, nationally, and abroad.

3. From my training and experience, I know that individuals are trafficked for several purposes. Some forms of human trafficking involve involuntary servitude, peonage, debt bondage and slavery. Victims are often trafficked by force, fraud, and/or coercion. I am familiar with the federal laws regarding human trafficking, including 18 U.S.C. §§ 1591 and 1594 (Sex Trafficking).

4. This affidavit is submitted in support of a criminal complaint charging Misael Fabian MEDINA with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1) and 1594(a).

5. As described below, there is probable cause to believe that, on November 3, 2022, in and around the greater Boston area, in the District of Massachusetts, Misael Fabian MEDINA did knowingly attempt to, in and affecting interstate and foreign commerce, entice, obtain, solicit, and patronize by any means a person, knowing and in reckless disregard of the fact that the person had not attained the age of 14 years and would be caused to engage in a commercial sex act.

6. This affidavit is based on my personal investigation and investigation by others, including federal and state law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by conferring with other law enforcement officers and examining evidence obtained in the course of the investigation as well as through other means. This affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## STATEMENT OF FACTS

7. Beginning on or about November 1, 2022, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex acts.[1] The Advertisement indicated that the poster was in the area of Boston, Massachusetts. The Advertisement contained images of what appeared to be two young females and the following language:

> I AM A WOMAN seeking men

---

[1] Based on my training and experience, I know that the Internet is global network of computers, which is a means and facility of interstate commerce. I also know that the website on which the Advertisement was posted is maintained by an entity that is located outside of the United States, and the advertisements posted on that website are viewable outside of Massachusetts.

> TIGHT, FRESH, and ready for FUN!!
> Travelin thru town on a lil roadtrip! cum get me while u can
> 2 beautiful flowers that are ready to bloom
> ask about Fall specials and double trouble discount
> NO BULLSHIT, NO COPS, 100% Independent

8. The Advertisement indicated that the person who would perform commercial sex acts was 18 years old.[2] The Advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement agents monitored this line and an undercover agent ("UC1") used it to communicate with potential sex buyers, including MEDINA.

9. On or about November 3, 2022, the Advertisement Number received a text message from a phone number ending in 9882 (the "9882 Number") in response to the Advertisement. Thereafter, a text conversation between UC1 and the user of the 9882 Number ensued. UC1 stated that he/she had two minor girls—ages 12 and 14 years old—available to perform sex acts in exchange for money. MEDINA, using the 9882 Number, agreed to pay $200 to have sex with the fictitious 12-year-old girl.

10. During the text communications with MEDINA, an undercover agent asked MEDINA which of the children he wanted to have perform commercial sex acts. In response, MEDINA indicated that he wanted to have sex with the 12-year-old, identifying the fictitious 12-year-old's name followed by the word "love." MEDINA then stated, "Tight pussy love [heart symbol]." An undercover agent indicated that sex with the 12-year-old would cost $150. MEDINA then asked, "How much is bare is clean right." Based on my training and experience participating in sex trafficking investigations, I know that the terms "bare" or "bareback" refer to

---

[2] The law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18.

sex without a condom. An undercover agent indicated that there would be an additional $50 charge for sex without the use of a condom. MEDINA indicated that he wanted to have sex with the 12-year-old without using a condom, stating "Yes I'm clean I have my girlfriend. 200 raw love. Get the address I free right now it's my hour the lunch."[3]

11. Shortly thereafter, MEDINA arrived at a hotel in the greater Boston area.[4] At the hotel, there was another undercover agent ("UC2"), who was posing as the person who posted the Advertisement and the user of the Advertisement Number. UC2 and MEDINA met in the hotel's parking lot. UC2 asked MEDINA to show UC2 the cash to be paid for the commercial sex act. MEDINA flashed a wad of cash from his pocket and showed it to UC2. UC2 gave MEDINA a hotel key card and told him "no rough stuff" with her daughters. MEDINA acknowledged UC2's request.

12. Following the foregoing discussion, law enforcement officers arrested MEDINA and took him into custody. Incident to arrests, law enforcement agents searched MEDINA and found a cell phone. An agent then called the 9882 Number and observed that the cell phone they seized from MEDINA rang. In addition, MEDINA had in his possession a box of Trojan-brand condoms. Trojan condoms are manufactured outside of the state of Massachusetts.

---

[3] Attached hereto as Exhibit 1 is a transcript of the text communications between MEDINA and the undercover agents. Incoming calls are from the 9882 Number. Outgoing texts are from undercover agents. In the attached transcript names and specific locations have been omitted.

[4] The hotel is part of a national chain of hotels. Based on information provided by hotel staff, I know that the hotel has served out-of-state guests.

## CONCLUSION

13.     Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging Misael Fabian MEDINA with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1) and 1594(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

*Lina Awad /by Paul G. Levenson*
Lina Awad, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by phone, on this 3rd day of November 2022
at Boston, MA.

_____
HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE