**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** <u>II</u>     **Investigating Agency** <u>HSI</u>

**City** <u>Waltham</u>     **Related Case Information:**

**County** <u>Middlesex</u>

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number <u>22-8107-PGL</u>
Search Warrant Case Number <u>22-8108-PGL, 22-8109-PGL</u>
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Misael Fabian MEDINA</u>    Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name _____

Address (City & State) <u>Waltham, MA</u>

Birth date (Yr only): <u>1985</u> SSN (last4#): _____ Sex <u>M</u>   Race: _____ Nationality: <u>Guatemala</u>

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** <u>Brian Fogerty</u>    Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: <u>Spanish</u>

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** <u>11/03/2022</u>

☑ Already in Federal Custody as of <u>11/03/2022</u> in <u>HSI Custody</u> .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty —— ☐ Misdemeanor —— ☑ Felony <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/03/2022    Signature of AUSA:   */s/ Brian Fogerty*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Misael Fabian MEDINA _____

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1591(a)(1) | Attempted Sex Trafficking of a Child | 1 |
| Set 2 | 18 U.S.C. §1591(b)(1) | | |
| Set 3 | 18 U.S.C. §1594(a) | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013