*Verdict returned at 4:15 pm on 3.13.24*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)       Criminal Action No. 22-cr-10311<br>MISAEL FABIAN MEDINA,               )<br>)<br>Defendant.                         )<br> | |

## VERDICT

### COUNT 1

1. Do you, the jury, find the Defendant not guilty or guilty of attempted sex trafficking of a child on or about November 3, 2022, in the District of Massachusetts?

   _____ Not Guilty          __X__ Guilty

### COUNT 2

2. Do you, the jury, find the Defendant not guilty or guilty of attempted coercion and enticement of a child on or about November 3, 2022, in the District of Massachusetts?

   _____ Not Guilty          __X__ Guilty

13MAR24
DATE

_____
FOREPERSON'S SIGNATURE